Michael A. Strauss (State Bar No. 246718)
mike@strausslawyers.com
Aris E. Karakalos (State Bar No. 240802)
aris@strausslawyers.com
Andrew C. Ellison (State Bar No. 283884)
andrew@strausslawyers.com
**STRAUSS & STRAUSS, APC**
121 N. Fir St., Suite F
Ventura, California 93001
Telephone: (805) 641.6600
Facsimile: (805) 641.6607

Attorneys for Plaintiff Howard Thompson and the Putative Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD THOMPSON, an individual, for himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMPLIFY ENERGY CORP., a Delaware corporation doing business in California; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:18-CV-09541-PA-E<br><br>**PUTATIVE CLASS ACTION**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PRIOR TO RESPONSIVE PLEADING**<br><br>*Complaint Served: November 19, 2018*<br>*Response Due: January 9, 2019*<br><br>*Hon. Percy Anderson* |

Pursuant to Stipulation between Plaintiff Howard Thompson ("Plaintiff") and Defendant Amplify Energy Corp. ("Amplify") regarding dismissal without prejudice of Plaintiff's complaint prior to responsive pleading, and good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff's Complaint is dismissed without prejudice as to each and every claim therein, whether brought in an individual, class action, or representative capacity;

2.     Plaintiff shall not re-file any wage-and-hour related complaint against Amplify while the Jefferson Action is pending;

3.     The putative class in the within action will not be given notice of the dismissal because it has not received notice of the filing of this action and because its rights are to be adjudicated in the *Jefferson* Action;

4.     Each party is responsible for bearing its own fees and costs related to the instant action and its dismissal;

5.     Amplify will stipulate to allow the plaintiff in the *Jefferson* Action to amend his operative complaint (provided it is remanded to the District Court) to add the Additional Claims, subject to the conditions set forth below;

6.     In the event that the plaintiff in the *Jefferson* Action amends his operative complaint to add the Additional Claims, the defendants in the *Jefferson* Action do not waive any defenses to the newly added claims, including without limitation their contention that the newly added claims do not relate back to the original filing date in the *Jefferson* Action; and

7.     Amplify is relieved from filing a responsive pleading to Plaintiff's Complaint in this action.

**SO ORDERED.**

DATED: January 08, 2019

Hon. Percy Anderson
United States District Judge